NO. 07-05-0340-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

DECEMBER 16, 2005

_____

KERWIN GIBBS, APPELLANT

V.

ALLSUP'S CONVENIENCE STORES, INC. AND
FEDERATED MUTUAL INSURANCE COMPANY,
FEDERATED INSURANCE AN ASSUMED NAME
OF FEDERATED MUTUAL INSURANCE COMPANY
AND/OR FEDERATED SERVICES INSURANCE COMPANY
AND DAWN WILLEFORD, APPELLEES
_____

FROM THE COUNTY COURT AT LAW NO. 3 OF LUBBOCK COUNTY;

NO. 2005-597,010; HONORABLE PAULA LANEHART, JUDGE
_____

Before REAVIS and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Appellant, Kerwin Gibbs, filed a notice of appeal from an Order entered on June 24, 2005. The clerk's record was filed on October 21, 2005 and the reporter's record has not been requested per the docketing statement filed by appellant. By letter dated November 29, 2005, the clerk of this court notified counsel for appellant that appellant's brief was due

November 21, 2005, but had yet to be filed.  See TEX. R. APP. P. 38.6(a).  The letter further advised appellant that the appeal would be subject to dismissal for want of prosecution if the brief, or a response reasonably explaining the failure to file a brief with a showing that appellee had not been injured by the delay, was not filed by December 9, 2005.  No brief, motion for extension or other response has been received.

Accordingly, we now dismiss the appeal for want of prosecution and failure to comply with a directive of the court.  See TEX. R. APP. P. 38.8(a)(1) and 42.3(b), (c).

Mackey K. Hancock
Justice

2